55resp frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Larry Eugene Cason, Jr., )
)
        Petitioner, )
)   1:05CV00600
v. )
)   1:02CR375-1
United States of America, )
)
        Respondent. )

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order

**IT IS SO ORDERED.**

                                          /s/ Russell A. Eliason
                                          United States Magistrate Judge

July 5, 2005